Error checking mail for c

# Gmail

COMPOSE

## (no subject)

 **Tommy Andrews,**

to me ▾

--

**ANDREWS LAW**

122 North Alfred S
Alexandria, VA 22
703-838-9004 (pho
703-838-9550 (fax

6316 Five Mile Cer
Fredericksburg, VA
540-785-0010 (pho
by appointment only

6801 Kenilworth A
Riverdale Park, MD
301-843-3500 (pho
by appointment only

**tandrews@andre**

**Visit us at www**

**The Andrews Lav**
**contained herein**
**intended recipie**
**thereto, is strictl**
**tandrews@andre**

**2 Attachments**

Inbox (2,179)
Starred
Important
Sent Mail
Drafts (3)
Trash
[Imap]/Drafts
3rd Grade
6th Grade (3)
2016 SUMMER C…
AAA
Adobe CS5
Alex REC REG IN…
Allianz
ANCC 4th July LO…
ANDREWS LAW
…rews Law Recl…

 Cindy

---

IN THE UNITED
FOR THE EAST
NO

IN RE:

Michelle Ann Duke

DEBTOR.

**MOTION FOR THE R**

COMES NOW Dilks & Kn

Attorney, Tommy Andrews, Jr., Attorney, of

Court for $1,295.91, which is the sum of all n

unclaimed funds, which are due to LHR Inc.,

was not negotiated by the creditor and the Tru

unclaimed funds to the Clerk, US Bankruptcy

The creditor did not receive the divid

Dividends were not collected by the creditor,
assigned claim # 4 by LHR Inc., as evidenced

The claimant's current address, phone and soc
security/tax identification number are:

Dilks & Knopik, LLC
Brian J. Dilks, President, Managing Member
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728
SSN/TIN: 74-3049851

Furthermore, Applicant has no knowl
party other than the claimant is entitled to thes

Dilks & Knopik, LLC, claimant, as a
attached Purchase and Assignment Agreement
Dilks & Knopik, LLC is acting through its Att

